Filed 3/20/14  P. v. Mollison CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Butte)

----

| | |
|---|---|
| THE PEOPLE, | C074928 |
| Plaintiff and Respondent, | (Super. Ct. No. CM037429) |
| v. | |
| SHAWNDA RENEE MOLLISON, | |
| Defendant and Appellant. | |

On October 4, 2012, defendant Shawnda Renee Mollison stabbed Diana Luke to death in the apartment Luke shared with her husband, Gregory Luke.  Defendant told police she went to the Lukes' apartment to spend the night, as she had done in the past.  Defendant and the victim started arguing, which led to the victim grabbing defendant by the hair and pulling her to the living room couch.  When the victim called her husband into the room, defendant stabbed her.  Defendant said she stabbed the victim because she was scared and wanted to get away.  The victim's husband said defendant never stayed at their apartment and he did not know her.

1

Defendant pled no contest to voluntary manslaughter and admitted an enhancement for personally using a deadly weapon. The trial court sentenced defendant to a stipulated term of 12 years in state prison, imposed various fines and fees, and awarded 418 days' presentence credit (364 actual and 54 conduct).

Defendant appeals. She did not obtain a certificate of probable cause.

We appointed counsel to represent defendant on appeal. Counsel filed an opening brief that sets forth the facts of the case and requests this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days elapsed, and we received no communication from defendant. Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

### DISPOSITION

The judgment is affirmed.



                                                              ROBIE          , J.


We concur:



      RAYE          , P. J.



      BUTZ          , J.


2